LEH:EMR
F. #2018R01374

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against –

ARCELIA HERNANDEZ-VELAZQUEZ,
    also known as "La Gordis,"

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 19-306 (S-2) (WFK)
(T. 18, U.S.C., §§ 2421(a), 2428, 2 and
3551 et seq.; T. 21, U.S.C., § 853(p))

THE UNITED STATES ATTORNEY CHARGES:

### MANN ACT VIOLATION

1.  In or about and between January 2009 and July 2015, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant ARCELIA HERNANDEZ-VELAZQUEZ, also known as "La Gordis," together with others, did knowingly and intentionally persuade, induce, entice and coerce an individual, to wit: Jane Doe #4, an individual whose identity is known to the U.S. Attorney, to travel in interstate and foreign commerce to engage in prostitution.

(Title 18, United States Code, Sections 2421(a), 2 and 3551 et seq.)

### CRIMINAL FORFEITURE ALLEGATION

2.  The United States hereby gives notice to the defendant that, upon his conviction, the government will seek forfeiture in accordance with Title 18, United States Code, Section 2428, which requires the forfeiture of: (a) any property, real or personal, used or



intended to be used to commit or to facilitate the commission of such offense; and (b) any property, real or personal, that constitutes or is derived from proceeds traceable to such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 18, United States Code, Section 2428; Title 21, United States Code, Section 853(p))

*By Carolyn Pokorny, Assistant U.S. Attorney*

BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F.#: 2018R01374
FORM DBD-34
JUN. 85

No.   19-CR-306 (S-2) (WFK)

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

ARCELIA HERNANDEZ-VELAZQUEZ, also known as "La Gordis,"

Defendant.

# SUPERSEDING INFORMATION

(T. 18, U.S.C., §§ 2421(a), 2428, 2 and 3551 et seq.; T. 21, U.S.C., § 853(p))

*A true bill.*

_____
*Foreperson*

*Filed in open court this* _____ *day,*
*of* _____ *A.D. 20* _____

_____
*Clerk*

Bail, $ _____

_____

*Erin Reid, Assistant U.S. Attorney*

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America )<br>v. )<br>Arcelia Hernandez-Velazquez )<br>_____ )<br>*Defendant* ) | Case No.  19-CR-306 (S-2) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/25/2023 ~~04/24/2023~~

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Peter Quijano
*Printed name of defendant's attorney*

_____
*Judge's signature*

The Honorable William F. Kuntz
*Judge's printed name and title*



COURT'S EXHIBIT NO. 2
IDENTIFICATION/EVIDENCE
DKT.# 19CR306-2
DATE: 4/25/23